## Ches DAVIS v. STATE.
### No. 16204.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

J. D. Lawrence, of Pittsburg, for appellant.
Lloyd W. Davidson, State's Atty. of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to rape; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

No error appearing, the judgment will be affirmed.

## William (Red) HANNIE v. STATE.
### No. 16481.

Court of Criminal Appeals of Texas.
Nov. 15, 1933.

A. C. Chrisman and J. K. Russell, both of Cleburne, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the fraudulent concealment of property of the value of more than $50, which had theretofore been acquired by theft; the punishment being assessed at two years in the penitentiary.

Appellant has filed his affidavit advising this court that he no longer desires to prosecute his appeal. His appeal is therefore ordered dismissed.

## Cecil KIRKLAND v. STATE.
### No. 16332.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

M. E. Gates, of Huntsville, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented.

The record is before us without statement of facts and bills of exception.

Appellant entered a plea of guilty, waived a jury, and submitted the matter to the court. In the judgment is found the following recital: "It is therefore considered and adjudged by the Court that the Defendant, Cecil Kirkland, is guilty of the offense of Burglary, as confessed by him in his said plea of guilty herein made, *and as found by the jury*, and that he be punished by confinement in the State Penitentiary for a term of not less than one nor more than two years."

The judgment will be reformed so as to eliminate the words "and as found by the jury."

As so reformed, the judgment is affirmed.

## Jack LITTLE v. STATE.
### No. 16058.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

B. D. Shepperd and C. W. Brown, both of Groesbeck, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is burglary; the punishment, confinement in the state penitentiary for two years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.